KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOERN PASCHE,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID N. STILL, District Director<br>U.S. Citizenship & Immigration Services<br>California Service Center,<br><br>DR. EMILIO T. GONZALEZ, Director<br>U.S. Citizenship & Immigration Services,<br><br>MICHAEL CHERTOFF, Secretary of the<br>U.S. Department of Homeland Security,<br><br>ROBERT MUELLER, Director,<br>Federal Bureau of Investigations,<br><br>    Defendants. | No. C 06-1889 WHA<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

  Plaintiff, by and through his attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application.

  Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C06-1889 WHA          1

1 | Date: May 18, 2006 | Respectfully submitted,
2 | | KEVIN V. RYAN
  | | United States Attorney

5 | | /s/
  | | EDWARD A. OLSEN
  | | Assistant United States Attorney
6 | | Attorneys for Defendants

9 | Date: May 18, 2006 | /s/
  | | MARTIN J. LAWLER
  | | Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

[APPROVED - Judge William Alsup - United States District Court, Northern District of California seal]

Date: May 22, 2006

WILLIAM ALSUP
United States District Judge

Stip. to Dismiss
C06-1889 WHA                 2